

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re Texas Regional Clinic and Memorial
MRI & Diagnostic

No. 06-24-00050-CV

Original Mandamus Proceeding

Panel consists of Chief Justice Stevens and
Justices van Cleef and Rambin.
Memorandum Opinion delivered by Justice
van Cleef.

As stated in the Court's opinion of this date, we find that Relator is not entitled to the relief sought. Therefore, we deny the petition.

RENDERED MAY 16, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk